UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00008 |
| | ) | JUDGE SHARP |
| ARCHIE L. HENRY | ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Withdraw Plea (Docket No. 23) to which the Government has filed a response and request for hearing (Docket No. 24).

The Court will hold a hearing on the motion in conjunction with the already scheduled sentencing hearing set for July 20, 2012 at 9:00 a.m.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE